IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01227-CMA-BNB

AMBER DOMINQUEZ DAVALOS,

Plaintiff,

v.

GAMBRO BCT, INC., n/k/a CARIDIAN BCT, INC., a Colorado corporation

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   Pursuant to the resolution of this matter,

   IT IS ORDERED that the **Defendant's Unopposed Motion to Amend its Answer and File Counterclaims** [docket no. 12, filed October 16, 2009] is DENIED AS MOOT.


DATED:  October 20, 2009